



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT

**FELONY**



| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 05-020 |
| --- | --- | --- |
| v. | * | SECTION: SECT. I MAG. 5 |
| LEMUEL DORTHEY | * | VIOLATIONS: 21 U.S.C. §841 |
| JONI MINCE | * | 21 U.S.C. §843(b) |
| DANA WILLIAMS | | 21 U.S.C. §846 |
| RODNEY LOVE | * | 21 U.S.C. §856 |
| MICHAEL FORMAN | | 21 U.S.C. §860 |
| DAHLIA TROUBLEFIELD | * | 18 U.S.C. §2 |
| SEAN WHALEN | | |
| MYETTA HAWKINS | * | |
| (a/k/a Mighty Duck) | | |
| (a/k/a Mighty Mouse) | * | |
| ANDRE WASHINGTON | | |
| KAREN DAWN DROULIA | * | |
| (a/k/a Dawn) | | |
| KAMRON PORTER | * | |
| (a/k/a K-Ron) | | |
| SHAWN HILLIARD | * | |
| (a/k/a Shawn) | | |
| (a/k/a Bug) | * | |
| ROBERT ALLEN | | |
| (a/k/a Motor Bike Man) | * | |
| KERRIE WILLIAMSON | | |
| TYKESHA GOODEN | * | |
| (a/k/a Kiki) | | |
| CHRISTOPHER MILTON | * | |
| (a/k/a Wick) | | |
| DAVID TYRONE MADISON | * | |

___ Fee_USA_
___ Process____
**X** Dktd_____
___ CtRmDep___
___ Doc. No___

|  |  |
|---|---|
| (a/k/a Tyrone) | |
| **RONNIE MYLES** | * |
| (a/k/a Patience) | |
| **GREGORY FRITH** | * |
| (a/k/a Bow Leg Tank) | |
| **CALVIN VIRGIL** | * |
| (a/k/a Cheeky Black) | |
| **CARNELL VEAL** | * |
| (a/k/a  Veal) | |
| | *   *   * |

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown, but prior to January, 2003 and continuing until the filing of this indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **LEMUEL DORTHEY (a/k/a Lembo), JONI MINCE, DANA WILLIAMS, RODNEY LOVE, MICHAEL FORMAN, DAHLIA TROUBLEFIELD, SEAN WHALEN, MYETTA HAWKINS (a/k/a Mighty Duck) (a/k/a Mighty Mouse), ANDRE WASHINGTON, KAREN DAWN DROULIA (a/k/a Dawn), KAMRON PORTER (a/k/a K-Ron), SHAWN HILLIARD (a/k/a Shawn) (a/k/a Bug), ROBERT ALLEN (a/k/a Motor Bike Man), KERRIE WILLIAMSON, TYKESHA GOODEN (a/k/a Kiki), CHRISTOPHER MILTON (a/k/a Wick), DAVID TYRONE MADISON (a/k/a Tyrone), GREGORY FRITH (a/k/a Bow Leg Tank), CALVIN VIRGIL (a/k/a Cheeky Black), CARNELL VEAL (a/k/a Veal) and RONNIE MYLES (a/k/a Patience)**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute at least 100 grams but less than one kilogram of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 21, 2003, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **TYKESHA GOODEN (a/k/a Kiki)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

## COUNT 3

On or about January 30, 2003, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **TYKESHA GOODEN (a/k/a Kiki)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

## COUNT 4

On or about February 12, 2003, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **TYKESHA GOODEN (a/k/a Kiki)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste

Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

## COUNT 5

On or about January 29, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT 6

On or about February 13, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **CHRISTOPHER MILTON (a/k/a Wick)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

### COUNT 7

On or about March 25, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and RONNIE MYLES (a/k/a Patience)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

### COUNT 8

On or about April 20, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and RONNIE MYLES (a/k/a Patience)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

### COUNT 9

On or about May 4, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance within 1,000 feet of the John W. Hoffman Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT 10

On or about May 26, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the John W. Hoffman Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT 11

On or about June 23, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the John W. Hoffman Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT 12

On or about July 7, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **CHRISTOPHER MILTON (a/k/a Wick)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

## COUNT 13

On or about August 10, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the John W. Hoffman Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860.

## COUNT 14

On or about September 9, 2004, in the Eastern District of Louisiana, the defendant, **LEMUEL DORTHEY (a/k/a Lembo)**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

On or about October 28, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **RODNEY LOVE**, did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the Edgar P. Harney Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

## COUNT 16

On or about December 1, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **ROBERT ALLEN (a/k/a Motor Bike Man) (a/k/a Teddy)** did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance, within 1,000 feet of the real property comprising the Guste Housing

Facility, which is owned by the Housing Authority of New Orleans, Louisiana and within 1,000 feet of the Guste Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

### COUNT 17

On or about November 5, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo), and GREGORY FRITH (a/k/a Bow Leg Tank)** did knowingly and intentionally distribute quantities of heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 18

On or about October 21, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **JONI MINCE**, did knowingly and intentionally possess with the intent to distribute quantities of heroin, a Schedule I drug controlled substance within 1,000 feet of the John W. Hoffman Elementary School; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860, and Title 18, United States Code, Section 2.

### COUNT 19

On or about November 8, 2004, in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo), MYETTA HAWKINS (a/k/a Mighty Duck) (a/k/a Mighty Mouse)** and **KAREN DAWN DROULIA (a/k/a Dawn)**, did knowingly and intentionally possess with the intent to distribute quantities of heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 20

On or about October 21, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and JONI MINCE,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 21

On or about October 25, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and GREGORY FRITH (a/k/a Bow Leg Tank),** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 22

On or about October 27, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and DANA WILLIAMS,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug

controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT 23

On or about October 28, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and RODNEY LOVE,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT 24

On or about October 29, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)and MICHAEL FORMAN,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT 25

On or about October 29, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and DAHLIA TROUBLEFIELD,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1)

and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 26

On or about November 6, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and SEAN WHALEN,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 27

On or about November 6, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and CALVIN VIRGIL (a/k/a Cheeky Black),** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 28

On or about November 7, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and MYETTA HAWKINS (a/k/a Mighty Duck) (a/k/a Mighty Mouse),** did knowingly and intentionally use a communications facility, to wit, a

telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT 29

On or about November 11, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **ANDRE WASHINGTON,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT 30

On or about November 17, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo)** and **KAREN DAWN DROULIA (a/k/a Dawn),** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 31

On or about November 21, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and KAMRON PORTER (a/k/a K-Ron)**, did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 32

On or about November 28, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and SHAWN HILLIARD (a/k/a Shawn) (a/k/a Bug)**, did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 33

On or about November 30, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and ROBERT ALLEN (a/k/a Motor Bike Man)**, did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to

distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 34

On or about November 30, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and CARNELL VEAL (a/k/a Veal)**, did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 35

On or about December 8, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and KERRIE WILLIAMSON,** did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 36

On or about December 8, 2004 in the Eastern District of Louisiana, the defendants, **LEMUEL DORTHEY (a/k/a Lembo) and DAVID TYRONE MADISON (a/k/a Tyrone)**, did knowingly and intentionally use a communications facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States


Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## COUNT 37

Beginning on or about May, 2004 and continuously thereafter, until the filing of this indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **LEMUEL DORTHEY (a/k/a Lembo), MICHAEL FORMAN and SHAWN HILLIARD (a/k/a Shawn) (a/k/a Bug)**, while controlling an apartment, located at Saint Peter Claver Apartments, 3003 Toledano, Apt. 203, New Orleans, Louisiana, as residents and guests, did knowingly and intentionally make available for use without compensation, said single family dwelling for the purpose of unlawfully distributing and using a controlled substance, that is, quantities of heroin, a Schedule I drug controlled substance; all in violation of Title 21, United States Code, Sections 856(a)(1), 856(a)(2) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 37 of this indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 37, the defendants, **LEMUEL DORTHEY (a/k/a Lembo), JONI MINCE, DANA WILLIAMS, RODNEY LOVE, MICHAEL FORMAN, DAHLIA TROUBLEFIELD, SEAN WHALEN, MYETTA HAWKINS**

(a/k/a Mighty Duck) (a/k/a Mighty Mouse), **ANDRE WASHINGTON, KAREN DAWN DROULIA (a/k/a Dawn), KAMRON PORTER (a/k/a K-Ron), SHAWN HILLIARD (a/k/a Shawn) (a/k/a Bug), ROBERT ALLEN (a/k/a Motor Bike Man), KERRIE WILLIAMSON, TYKESHA GOODEN (a/k/a Kiki), CHRISTOPHER MILTON (a/k/a Wick), DAVID TYRONE MADISON (a/k/a Tyrone), GREGORY FRITH (a/k/a Bow Leg Tank), CALVIN VIRGIL (a/k/a Cheeky Black), CARNELL VEAL (a/k/a Veal) and RONNIE MYLES (a/k/a Patience)** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Courts 1 through 37 of this indictment.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants.

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN #8517
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN #9020
Chief, Criminal Division
First Assistant United States Attorney

_____
JOHN F. MURPHY
Assistant United States Attorney

New Orleans, Louisiana
January 20, 2005

17

No. _____

FORM OBD-34
APR 91

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_
_Criminal_ Division

THE UNITED STATES OF AMERICA

vs.

LEMUEL DORTHEY (a/k/a Lembo), JONI MINCE,
DANA WILLIAMS, RODNEY LOVE, MICHAEL FORMAN,
DAHLIA TROUBLEFIELD, SEAN WHALEN,
MYETTA HAWKINS (a/k/a Mighty Duck) (a/k/a Mighty Mouse),
ANDRE WASHINGTON, KAREN DAWN DROULIA (a/k/a Dawn),
KAMRON PORTER (a/k/a K-Ron),
SHAWN HILLIARD (a/k/a Shawn) (a/k/a Bug),
ROBERT ALLEN (a/k/a Motor Bike Man), KERRIE WILLIAMSON,
TYKESHA GOODEN (a/k/a Kiki),
CHRISTOPHER MILTON (a/k/a Wick),
DAVID TYRONE MADISON (a/k/a Tyrone),
GREGORY FRITH (a/k/a Bow Leg Tank),
CALVIN VIRGIL (a/k/a Cheeky Black),
CARNELL VEAL (a/k/a Veal) and RONNIE MYLES (a/k/a Patience)

## INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: 21 USC §841, 21 USC §843(b), 21 USC §846,
21 USC §856, 21 USC §860, 18 USC §2

A true bill.

_____
Foreman

Filed in open court this _____ day,
of _____ A.D. 2005.

_____
Clerk

Bail, $ _____

JOHN F. MURPHY, AUSA