UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### THIRD SUPERSEDING BILL OF INFORMATION FOR VIOLATION OF MISPRISON OF A FELONY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO: 04-081  05-20 |
| v. | * | SECTION: "B"  "I" |
| | * | VIOLATION: |
| **KAREN DAWN DROULIA** | | 18 U.S.C. § 4 |

\* \* \*

The United States Attorney charges that:

### COUNT 1

Beginning at a time unknown, but prior to, 2003, and continuing until on or about 2005, in the Eastern District of Louisiana and elsewhere, the defendant, **KAREN DAWN DROULIA,** having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to distribute and to possess with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, by Lemuel Dorthey and others, did knowingly and wilfully conceal the same and did not as soon as possible make known, the aforementioned violation to

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

                                                  JIM LETTEN #8517
                                                  UNITED STATES ATTORNEY

                                                  JAN MASELLI MANN #9020
                                                  Chief, Criminal Division
                                                  First Assistant United States Attorney

                                                  JOHN F. MURPHY
                                                  Assistant United States Attorney

New Orleans, Louisiana
July 27, 2005