

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  NOV 18 2005

**LORETTA G. WHYTE**
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 05-20 |
| v. | * | SECTION: "I" |
| MYETTA HAWKINS<br>KAREN DAWN DROULIA<br>DAHLIA TROUBLEFIELD<br>CARNELL VEAL<br>GREGORY FRITH<br>RODNEY LOVE<br>SEAN WHALEN<br>KAMRON PORTER | *<br><br>*<br><br>*<br><br>*<br><br>* | |

\* \* \*

## GOVERNMENT'S MOTION ACKNOWLEDGING DEFENDANT'S ACCEPTANCE OF RESPONSIBILITY

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents to this Court as follows:

The defendants, captioned above, have offense levels of 16 or greater. Pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines, a defendant with an offense level of 16 or greater who has qualified for an initial two-level decrease for acceptance of responsibility under § 3E1.1(a) may receive the benefit of an additional one-level decrease upon motion of the

1

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

government stating that a timely guilty plea obviated the need to prepare for trial, thus permitting the Court and the government to allocate their resources efficiently.

Accordingly, the United States hereby requests that the defendants, named above, be accorded the benefit of U.S.S.G. §3E1.1(b) because they provided timely notice of their intention to plead guilty, thus permitting the government to avoid preparing for trial and the government and this Court to allocate their resources efficiently. Each defendant's total decrease for acceptance of responsibility should be the three (3) points currently reflected in his Presentence Investigation Report.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JOHN F. MURPHY
Assistant United States Attorney
The Houma Atrium, Suite No. 620
1340 W. Tunnel Boulevard
Houma, Louisiana 70360
Telephone: (985) 868-7016

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing/faxing a copy to each, properly addressed and postage prepaid, this ____ day of _____, 2005.

Assistant United States Attorney